Melissa L. Shingles, Bar No. 032645
mshingles@littler.com
Daniel Rhim, Bar No. 035025
drhim@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.: 602.957.1801

Attorneys for Defendant
KDB DELIVERY, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kevin Steiner,<br><br>Plaintiff,<br><br>v.<br><br>KDB Delivery, LLC; OnePoint Patient Care, LLC,<br><br>Defendants. | Case No. 2:26-cv-01552-DWL<br><br>**DEFENDANT KDB DELIVERY, LLC'S NOTICE OF FILING FIRST AMENDED ANSWER** |

Pursuant to Local Rule of Civil Procedure 15.1(b) and this Court's April 27, 2026, Order (Dkt. 12), Defendant KDB Delivery, LLC hereby provides notice of filing its First Amended Answer as a Matter of Course. A red-lined copy of the First Amended Answer is attached hereto as **Exhibit A**. Deletions in the First Amended Answer are indicated by strikethrough text, and new language is presented in underlined font.

DATED this 5th day of June, 2026.

*s/ Melissa L. Shingles*
Melissa L. Shingles
Daniel Rhim
LITTLER MENDELSON, P.C.

Attorneys for Defendant
KDB Delivery, LLC

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 5th day of June, 2026 to:

Daniel L. Bonnett
MARTIN & BONNETT, P.L.L.C.
4647 North 32nd Street, Suite 185
Phoenix, Arizona 85018

Harold Lichten
Matthew Thompson
Jack Bartholet
Lichten & Lisa-Riodant, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

*Attorneys for Plaintiff*

*s/ Tisha A. Davis*
4882-4969-3488.1 / 101038-1054